UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW WYATT,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:23-cv-01189-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF''S TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

Plaintiff Michael Andrew Wyatt ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1).

Pending before the Court is the parties' stipulated request, filed on November 21, 2023. (Doc. 15). The parties request that Plaintiff's deadline to file a motion for summary judgment be extended from November 29, 2023, to January 29, 2024. *Id*.

Based on the parties' representations and their agreement to the extensions, the Court finds good cause exists to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff shall file his motion summary judgment on or before **January 29, 2024**; and

2. The timelines for the filing of a response brief and reply shall be governed by the

1

1 | Court's Scheduling Order.  (Doc. 5).

2 | IT IS SO ORDERED.

3 | Dated: **November 22, 2023**  _____
4 | UNITED STATES MAGISTRATE JUDGE